# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**ERIC FELDER**

Case Number: 6:97-CR-201-ORL-22DAB

USM Number: 23162-018

Peter Warren Kenny, AFPD
201 S. Orange Ave., Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One and Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Conviction for Conduct, Conspiracy to Traffic in Cocaine, 400 Grams or More | April 17, 2008 |
| Two | New Conviction Conduct, Trafficking in Cocaine, greater than 200 Grams but less than 400 Grams | April 17, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

1/22/2010

ANNE C. CONWAY
CHIEF UNITED STATES DISTRICT JUDGE

January ___, 2010

ERIC FELDER
6:97-CR-201-ORL-22DAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 Months**. This term shall run consecutive with the term of imprisonment already imposed in Docket No. 2008-01370CFAWS, Volusia County Circuit Court, Florida. It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
      Deputy U.S. Marshal